IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIMOTHY HOLZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-24-535-SLP |
| ) | |
| SHARTEL TOWER APARTMENTS, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell, which was entered on June 20, 2024 [Doc. No. 5]. Judge Mitchell recommends dismissal of this matter considering "Plaintiff's inaction and failure to comply with [the Court's] order to cure the deficiencies in his in forma pauperis application." *Id.* at 4. Plaintiff had until July 5, 2024 to object to the R. & R. No objection has been filed, nor has an extension of time in which to object been sought or granted. Upon review, the Court concurs with Judge Mitchell's analysis.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 5] is ADOPTED in its entirety. This matter is DISMISSED without prejudice due to Plaintiff's failure to prosecute this matter and to comply with the Court's orders. A separate Judgment of Dismissal shall be entered contemporaneously with this Order.

IT IS SO ORDERED this 12th day of July, 2024.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE